UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TYHEIM LUNDY,

     Plaintiff,

v.                                                            Case No. 3:25-cv-136-MMH-MCR

AREP PIER, LLC; and
PEGASUS RESIDENTIAL, LLC,

     Defendants.

_____

## O R D E R

**THIS CAUSE** is before the Court on Defendant's Notice of Compliance With the Court's Jurisdictional Order (Doc. 13; Jurisdictional Response), filed on February 22, 2025. On February 7, 2025, Defendant Pegasus Residential, LLC (Pegasus) filed a notice removing this case from the Fourth Judicial Circuit in and for Duval County, Florida. See Defendant's Notice of Removal (Doc. 9; Notice). In the Notice, Pegasus invoked the Court's diversity jurisdiction pursuant to 28 U.S.C. § 1332. See Notice at 2. On February 12, 2025, the Court entered a Jurisdictional Order (Doc. 12) inquiring into its subject matter jurisdiction over this case. In the Jurisdictional Order, the Court found that Pegasus had failed to "adequately allege the citizenship" of "Arep Pier, LLC and Pegasus Residential, LLC." Jurisdictional Order at 2.

Accordingly, the Court ordered Pegasus to provide "sufficient information so that it can determine whether it has diversity jurisdiction over this action." Id. at 8. In the Jurisdictional Response, Pegasus concedes that the Court lacks "subject matter jurisdiction" over this action because complete diversity "does not exist." See Jurisdictional Response at 1. Based upon this representation, the Court construes the Jurisdictional Response as an unopposed motion for remand, and remands this case to the state court in which it was initially filed.

Accordingly, it is

**ORDERED:**

1. This case is **REMANDED** to the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida, for further proceedings.

2. The Clerk of the Court is **DIRECTED** to transmit a certified copy of this order to the clerk of that court.

3. The Clerk of the Court is further **DIRECTED** to terminate all pending motions and to close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 25th day of February, 2025.

**MARCIA MORALES HOWARD**
United States District Judge

- 2 -

Lc32                                                - 3 -

Copies to:
Clerk, Circuit Court of the Fourth Judicial Circuit
Counsel of Record